**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2005 SEP 12 P 1: 48

**JAMES E. MORROW,**

    **Plaintiff,**

v.

                        Case No. 3:05-cv-319-J-99TEM

**LIFE INSURANCE COMPANY
OF NORTH AMERICA,**

    **Defendant.**

_____/

## ORDER

Before the Court is the Parties' Stipulation of Dismissal with Prejudice (Doc. No. 12, filed September 1, 2005). In accordance with the Stipulation, this case is **DISMISSED WITH PREJUDICE**. Each party will bear its own attorney's fees and costs.

**DONE AND ENTERED** at Jacksonville, Florida, this 12_ day of September, 2005.

                                            HARVEY E. SCHLESINGER
                                            United States District Judge

Copies to:
Thomas M. Farrell, Esq.
Steven L. Worley, Esq.
Garry Randolph, CRD